SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALWEST CONSTRUCTION, INC. dba SERVICEMASTER RESTORATION BY CALWEST, and DOES 1 through 50,<br><br>Defendants. | Case No.: 1:18-cv-01021-LJO-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>**(Doc. 10)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING THEREFORE, after a review of the Parties' Stipulation to Continue the Mandatory Scheduling Conference and supporting Declaration of William M. Woolman (Doc. 10), the Court orders the following:

A. The scheduling conference set for October 30, 2018, is hereby **CONTINUED to January 10, 2019, at 10:15 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**

///
///
///
///

**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES**

B. A joint scheduling report compliant with this Courts Order Setting Mandatory Scheduling Conference dated July 27, 2018, shall be filed one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **October 9, 2018**  /s/ *Sheila K. Oberto* .
UNITED STATES MAGISTRATE JUDGE

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[Proposed] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES**
011673.00002 - 205014.1