ROBERT S. McLAY (SBN 176661)
rsm@dkmlawgroup.com
BRIAN R. DAVIS (SBN 160817)
brd@dkmlawgroup.com
JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
**DKM LAW GROUP, LLP**
535 Pacific Avenue, Suite 101
San Francisco, CA 94133
Telephone: 415.421.1100
Facsimile: 833.790.5202

Attorneys for Plaintiff
USAA CASUALTY INSURANCE COMPANY

William M. Woolman State Bar No. 145124
Charles Hamamjian State Bar No. 298685
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant
CALWEST CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALWEST CONSTRUCTION, INC. dba SERVICEMASTER RESTORATION BY CALWEST, and DOES 1 through 50,<br><br>Defendants. | Case No.: 1:18-cv-01021-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>**(Doc. 12)** |

///

///

///

1

The undersigned stipulate and respectfully request as follows:

1. DKM Law Group, LLP appearing through Joshua Kastan represents the Plaintiff. Sagaser, Watkins & Wieland, PC appearing through William M. Woolman represents the Defendant.

2. The Court entered an Order Continuing the Mandatory Scheduling Conference and Related Deadlines ("Order") on October 10, 2018. (Dkt. 11.)

3. The scheduling conference in this matter is currently set for January 10, 2019 at 10:15 a.m. before Hon. Magistrate Judge Sheila K. Oberto.

4. In the intervening months, the parties have engaged in productive settlement discussions and are very close to resolving the instant litigation in full.

5. The parties anticipate that the matter will be resolved and a request for dismissal pursuant to Fed. R. Civ. Proc. 41 will be filed within the next thirty (30) days.

6. Accordingly, the parties respectfully request that the Court continue the scheduling conference and the related deadlines for an additional thirty (30) days to allow the parties to conclude and formalize their settlement discussions. In the unlikely event that the matter does not resolve, the parties will not request any additional continuance of the initial scheduling conference.

Dated: January 2, 2018     **SAGASER, WATKINS & WIELAND PC**

By: */s/ William M. Woolman*
William M. Woolman
Charles P. Hamamjian
Attorneys for Defendant,
Calwest Construction, Inc. dba
Service Master Restoration by Calwest

Dated: January 2, 2018     **DKM LAW GROUP, LLP**

By: */s/ Joshua N. Kastan*
Joshua N. Kastan
Attorneys for Plaintiff,
USAA Casualty Insurance Company

2

**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**
*USAA Casualty Insurance Company v. CalWest Construction – Case No. 1:18-cv-01021-LJO-SKO*

# **ORDER**

The parties having so stipulated (Doc. 12) and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for January 10, 2019, is **CONTINUED to March 5, 2019, at 10:15 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties SHALL file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **January 3, 2019**  /s/ *Sheila K. Oberto* .
UNITED STATES MAGISTRATE JUDGE